No. 05–5566.  CRUTCHER v. RYAN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–5567.  DICKSON v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5570.  PEGRAM v. AULT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 05–5573.  MAHDI v. MCI-WORLDCOM ET AL.  C. A. 9th Cir. Certiorari denied.

No. 05–5574.  CORNEJO MACIAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5575.  LEWIS v. SMITH ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–5576.  KOKO v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 05–5577.  PORTER v. CASON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 05–5578.  MCGHEE v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–5583.  ROWE v. DEKALB CRISIS CENTER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–5584.  SABREE v. MASSACHUSETTS PAROLE BOARD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 05–5589.  ROBINSON v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE.  C. A. 3d Cir.  Certiorari denied.

No. 05–5593.  DAVIS v. WERHOLTZ, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 05–5594.  CLARK v. RYAN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.